US District Court for the District of Columbia

Nursat I. Aygen
2705 S.9th Street, Apt. 31-B
Arlington, VA 22204-2332
(703) 920-1150

Hand-delivered

v.

District of Columbia Public Schools
825 N. Capitol Street, NE
Washington, DC 20002

CASE NUMBER 1:05CV02469
JUDGE: Colleen Kollar-Kotelly
DECK TYPE: Employment Discrimination
DATE STAMP: 12/20/2005

Complaint

Until the unlawful, discriminatory interruption of my teaching duties on Valentine's Day (V.I.S.) February 14, 2003, I was a permanent, tenured Visiting Instruction Services Teacher with the District of Columbia Public Schools. I instructed home-bound and hospitalized children in all high-school subjects in their homes and hospital rooms. My unlawful termination for which neither the agency nor the Teachers Union is able to provide a basis became effective on March 14, 2003.

My dismissal was against the expressed wishes of my supervisor and the assistant superintendent of our division and parents and students. DCPS has not produced one page of official personnel action form indicating who authorized my termination, when and why. It is clear that my position was illegally abolished fall 2002 and wrongfully called "excessing" (which is a transfer not a termination under the Union contract) on February 14, 2003. The Agency bypassed DC law and Municipal regulations by unlawfully abolishing my position at a time when there were no budget cuts and without allowing me to compete for my job under "Competitive levels" as required by law.

Therefore, the Office of Employee Appeals ordered the reversal of my termination on April 18, 2005 with an order that was also signed by the senior judge at OEA. I turned in my discrimination complaint to Us District Court on May 24, 2005(attached) in order to preserve my rights under federal law, only after DCPS refused to implement the OEA order and retained a top 100 law firm to appeal the OEA decision on May 23, 2005. This adverse, McCarthyite action was taken against me because I am a Muslim of Turkish ethnic background. I hereby request a jury trial, requesting reinstatement with back pay, benefits (to be made whole) merit pay and $300,000 in damages.

In a school district where some 1400 teachers reportedly lack even one certification and cannot pass basic teacher licensing exams I have multiple licenses (about to finish few others) and passed my Teacher's exams with perfect or close to perfect scores and I have not been teaching nearly three years. And I was replaced by an elementary V.I.S. teacher whose separation from VIS for cause was reversed without explanation.

Last week I received a denial of my motion to proceed without paying fees; therefore I am enclosing a check for $250.00 in order to preserve my rights under the law.

Sincerely,

*Nursat I. Aygen*

Nursat I. Aygen, pro se
2705 S.9th Street, Apt. 31-B
Arlington, VA.    22204-2332

December 16, 2005

2

U.S. District Court for the District of Columbia

RECEIVED
MAY 24 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Nursat I. Aygen
2705 S. 9th St., #31-B
Arlington, VA 22204-2332
(703) 920-1150

Civil Action No:

v.

District of Columbia Public Schools
825 N. Capitol St., N.E.
Washington, D.C. 20002

COMPLAINT

Until the unlawful, discriminatory interruption of my teaching duties on Valentine's Day, February 14, 2003, I was a permanent Visiting Instruction Services Teacher with The District of Columbia Public Schools;