UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NURSAT I. AYGEN,<br><br>    Plaintiff,<br><br>    v.<br><br>DISTRICT OF COLUMBIA PUBLIC SCHOOLS,<br><br>    Defendant. | Civil Action No. 05-2469 (CKK) |

**ORDER**
(April 21, 2006)

Plaintiff filed a complaint on December 20, 2005. According to the Court's review of the case docket on the date of this Order, no summons has been issued, and service of the summons and complaint has yet to be made by Plaintiff on Defendant. According to Rule 4(m) of the Federal Rules of Civil Procedure:

> Time Limit for Service. If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion *or on its own initiative after notice to the plaintiff*, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m) (emphasis added). As the deadline for the 120 days service requirement of the summons and complaint was April 19, 2006, and as service has not been effected by the date of this Order, it is this 21st day of April, 2006, hereby

**ORDERED** that Plaintiff shall serve Defendant by **May 12, 2006**; and it is further

**ORDERED** that failure to serve Defendants by May 12, 2006, will result in **dismissal** of this case without prejudice in accordance with Rule 4(m); it is further

**ORDERED** that the Clerk's Office shall mail a copy of this Order to *pro se* Plaintiff Nursat I. Aygen, 2705 South 9th Street, #31-B, Arlington, VA 22204-2332.

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge