UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NURSAT I. AYGEN,<br><br>    Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA PUBLIC SCHOOLS,<br><br>    Defendant. | Civil Action No. 05-2469 (CKK) |

**ORDER**
(May 18, 2006)

Plaintiff filed a complaint on December 20, 2005. On April 21, 2006, this Court issued an Order instructing Plaintiff that failure to serve Defendant by May 12, 2006, would result in dismissal of this case without prejudice in accordance with Rule 4(m). According to the Court's review of the case docket on the date of this Order, service of the summons and complaint still has yet to be made by Plaintiff on Defendant. The Court has spoken with the Clerk's Office and it confirms that it has received no filings from Plaintiff as of this date. According to Rule 4(m) of the Federal Rules of Civil Procedure:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion *or on its own initiative after notice to the plaintiff*, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m) (emphasis added).

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and this Court's April 21, 2006, Order, it is, this 18th day of May, 2006, hereby

**ORDERED** that this case is DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to serve the summons and complaint on Defendant; it is also

**ORDERED** that the Clerk's Office shall mail a copy of this Order to *pro se* Plaintiff Nursat I. Aygen, 2705 South 9th Street, #31-B, Arlington, VA 22204-2332.

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge