UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NURSAT I. AYGEN,<br><br>      Plaintiff,<br><br>  v.<br><br>DISTRICT OF COLUMBIA PUBLIC SCHOOLS,<br><br>      Defendant. | Civil Action No. 05-2469 (CKK) |

**ORDER**
(December 5, 2006)

Based on the reasoning set forth in an accompanying Memorandum Opinion, it is, this 5th day of December, 2006, hereby

ORDERED that Plaintiff's [5] Motion to Reopen Case is DENIED; it is also

ORDERED that the Clerk's Office shall mail a copy of this Order and the accompanying Memorandum Opinion to *pro se* Plaintiff Nursat I. Aygen, 2705 South 9th Street, #31-B, Arlington, VA 22204-2332.

                              /s/
                              COLLEEN KOLLAR-KOTELLY
                              United States District Judge